# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **JEANETTE JOHNSON** | **CIVIL ACTION NO. 08-1240** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MOREHOUSE PARISH POLICE JURY** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Morehouse Parish Police Jury's Motion for Partial Summary Judgment [Doc. No. 11] is GRANTED, and Plaintiff Jeanette Johnson's claim under the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601-2654 is DISMISSED WITH PREJUDICE. Having now resolved Plaintiff's federal claim,

IT IS FURTHER ORDERED that this case be REMANDED to the Fourth Judicial District Court, Parish of Morehouse, State of Louisiana.

MONROE, LOUISIANA, this 3rd day of August, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE